No. 546, Misc. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 549, Misc. CALDWELL *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 561, Misc. BRAGG *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 563. HOGAN *v.* RICKETTS, EXECUTOR, *ante,* p. 933;

No. 584. NITTERHOUSE *v.* UNITED STATES, *ante,* p. 943;

No. 605. PIERCE *v.* AMERICAN COMMUNICATIONS CO., INC., *ante,* p. 944;

No. 606. INTERSTATE MOTOR FREIGHT SYSTEM, INC. *v.* MESSNER, SECRETARY OF THE DEPARTMENT OF REVENUE, ET AL., *ante,* p. 941;

No. 615. SHIRKS MOTOR EXPRESS CORP. *v.* MESSNER, SECRETARY OF THE DEPARTMENT OF REVENUE, ET AL., *ante,* p. 941; and

No. 627. COLLINS, TRUSTEE, ET AL. *v.* O'BRIEN ET AL., *ante,* p. 944. Petitions for rehearing denied.

No. 401. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* SINGER, *ante,* p. 403;

No. 402. SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK, LIQUIDATOR, *v.* SINGER, *ante,* p. 403; and

No. 78, Misc. BARTHOLOMEW *v.* ILLINOIS, 346 U. S. 841. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.